ORIGINAL

RECEIVED
JUN 21 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

Cover Sheet 07-405 T

Plaintiff(s) or Petitioner(s): John B. Morris and Georgene T. Morris

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Thomas E. Redding

Firm Name: REDDING & ASSOCIATES, P.C.

Post Office Box: 2914 West T.C. Jester

Street Address: Houston, Texas 77018-7010

City-State-Zip:

Telephone & Facsimile Numbers: 713 965 9244 713-621-5227

J Black

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes □ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes □ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 2 1 3

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. AMCOR

Agency Identification Code: T R E

See attached sheet for three-digit codes.

Amount Claimed: $ 220,217.82

Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? □ Yes ☒ No

If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ ——
Is plaintiff a small business? □ Yes ☒ No

Vaccine Case:
Date of Vaccination: ——

Related Cases:
Is this case directly related to any pending or previous case? □ Yes ☒ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.